IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

UNITED STATES OF AMERICA

VS                                             CR NO. <u>6:19-328</u>

STEVEN H. FINCH

# PLEA

The defendant, **STEVEN H. FINCH**, having withdrawn his plea of Not Guilty, pleads **GUILTY** to Count **1,** ~~4 and 5~~ *2&4b* of the **Indictment**.

_____
(Signed) Defendant

Greenville, South Carolina
8/19/19